IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEPHEN COLTON | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. 1:09-cv-00836 |
| PROFESSIONAL BUREAU OF COLLECTIONS, INC. | * | |
| | * | |
| Defendant. | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**<u>NOTICE OF SETTLEMENT</u>**

Plaintiff Stephen Colton and Defendant Professional Bureau of Collections, Inc., by their respective undersigned counsel, respectfully notify this Court that the parties have reached settlement of all claims alleged or asserted in the above-captioned action. Accordingly, the parties request that this Court issue a Settlement Order pursuant to Local Rule 111.

| | |
|---|---|
| /s/ | /s/ |
| Forrest E. Mays (Bar No. 07510)* | James M. Connolly (Bar No. 23872) |
| 2341 N. Forest Drive, Suite 90 | *KRAMER & CONNOLLY* |
| Annapolis, Maryland 21401 | 500 Redland Court, Suite 211 |
| Tel.: (410) 267-6297 | Owings Mills, Maryland 21117 |
| Fax: (410) 267-6234 | Tel.: (410) 581-0070 |
| *Counsel for Plaintiff Stephen Colton* | Fax: (410) 581-1524 |
| (*signed by James M. Connolly with permission of Forrest E. Mays) | *Counsel for Defendant Professional Bureau of Collections, Inc.* |

E:\OFFICE\CASES\207-043\notice of settlement.wpd